UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIM BONFIGLIO CAMPAIGN and JIM BONFIGLIO, individually as an Elector of House District 89,

Plaintiffs,

v.

KEN DETZNER, in his official capacity as Secretary of State, and the PALM BEACH COUNTY CANVASSING BOARD, and SUSAN BUCHER, in her official capacity as Palm Beach County Supervisor of Elections,

Defendants.

Case No. 4:18-cv-00527

### AMENDED NOTICE OF APPEARANCE
### (DUE TO SCRIVENER'S ERROR)

Jennifer S. Blohmn hereby withdraws her appearance as co-counsel for Plaintiffs Jim Bonfiglio Campaign and Jim Bonfiglio, individually as an Elector of House District 89 (Document 22), and by these presents enters her appearance on behalf of Intervenor, Bill Nelson for U.S. Senate and Democratic Senatorial Campaign Committee.

Dated: November 14, 2018.

>Respectfully submitted,
>
>_____/s/_____
>JENNIFER S. BLOHM
>Florida Bar No. 0106290
>Email:  jblohm@meyerbrookslaw.com
>RONALD G. MEYER
>Florida Bar No. 0148248
>Email:  rmeyer@meyerbrookslaw.com
>MEYER, BROOKS, DEMMA AND BLOHM, P.A.
>131 North Gadsden Street
>Post Office Box 1547
>Tallahassee, FL 32302-1547
>Telephone: (850) 878-5212
>Facsimile: (850) 656-6750
>
>Co-Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and exact copy of the foregoing document was filed in the CM/ECF system on this 14th day of November, 2018, and therefore served by email upon all counsel of record.

>_____/s/_____
>JENNIFER S. BLOHM

2