UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO. 4:18cv527-MW/CAS

**JIM BONFIGLIO CAMPAIGN**, and
**JIM BONFIGLIO**, individually as an
elector of House District 89

        Plaintiffs,

vs.

**KEN DETZNER**, in his official capacity as Florida Secretary of State, and the **PALM BEACH COUNTY CANVASSING BOARD**, and **SUSAN M. BUCHER**, in her official capacity as Palm Beach County Supervisor of Elections,

        Defendants.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPY IN SUPPORT OF EMERGENCY MOTION FOR INJUNCTIVE RELIEF

Pursuant to Local Rules 7.1 (I) and (G)(5) of the United States District Court for the Northern District of Florida, Plaintiffs, Jim Bonfiglio Campaign and Jim Bonfiglio, individually, respectfully request that the Court enter an Order permitting them to file a reply memorandum of no more than 18 pages in support of Plaintiff's November 12, 2018 Emergency Motion for Injunctive Relief to Extend Certification Deadlines as Mandated by Florida Statutes §102.141 and §102.112 and to Proceed to the Machine and Manual

*Bonfiglio v. Detzner, et al.*
*Case No.: 4:18cv527-MW/CAS*
*M4Leave to Reply*

Recounts of the Florida House of Representative District 89 Election. [DE 1, Att. #1], and avers as follows:

1. On November 12, 2018 this matter was initial filled in the Second Judicial Circuit for Leon County, Florida in case number 2018-CA-002408.

2. On November 13, 2018, after a hearing held before the Hon. Karen Gievers, this matter was removed to federal court by named defendant, Ken Detzner. [DE1]

3. This Court entered an amended order requring expedited response to Plaintiffs' motion for preliminary injunction by 5:00 p.m. on November 14, 2018. [DE4].

4. Prior to the Court's mandated deadline, responses were filed on behalf of Defendant Susan M. Bucher and the Palm Beach Canvassing Board [DE28], Ken Detzner ("Detzner") [DE30], and intervening defendant National Republican Senatorial Committee ("NRSC") [DE29].

5. Defendant, Detzner, and intervening defendant, NRSC, erroneously argue that Plaintiffs are challenging the constitutionality of the Florida Statutes in question. They also mis the Florida Statutes in question to incorrectly apply the "imminent harm" prong of the test before this Court.

6. The unique time restraints and importance of this case present extraordinary circumstances which should allow for Plaintiffs reply.

7. If Plaintiffs are granted leave to reply, their memorandum will very briefly respond to these claims and will highlight the unconstitutional application of the

2

*Bonfiglio v. Detzner, et al.*
*Case No.: 4:18cv527-MW/CAS*
*M4Leave to Reply*

Florida Statutes in question and the imminent threat of harm to the voters in the Florida House of Representatives, District 89. Attached as Exhibit A is Plaintiffs' proposed reply memorandum

WHEREFORE, Plaintiffs, the Jim Bonfiglio Campaign, and Jim Bonfiglio individually, request that the Court grant this motion and enter and Order permitting them to file the attached reply memorandum in support of their Emergency Motion.

## LOCAL RULE 7.1(F) CERTIFICATION

Counsel for Plaintiffs, Jason B. Blank, Esq., certifies that this motion contains 393 words.

[THIS SPACE INTENTIONALLY LEFT BLANK]

*Bonfiglio v. Detzner, et al.*
*Case No.: 4:18cv527-MW/CAS*
*M4Leave to Reply*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was electronically noticed through the CM/ECF system to all counsel of record, on this 14th day of November, 2018.

Respectfully submitted,

*/s/ Jason B. Blank*
**JASON B. BLANK**
Florida Bar No. 28826
**HABER BLANK, LLP**
888 S. Andrews Ave., Suite 201
Fort Lauderdale, FL 33316
Tel: (954) 767-0300
Fax: (954) 949-0510
eservice@haberblank.com
jblank@haberblank.com
*Co-counsel for Plaintiffs*

*/s/ Michael Ufferman*
**MICHAEL UFFERMAN**
Florida Bar No. 114227
**Michael Ufferman Law Firm, P.A.**
2022-1 Raymond Diehl Road
Tallahassee, FL 32308
Tel: (850) 386-2345
Fax: (850) 224-2340
ufferman@uffermanlaw.com
*Co-counsel for Plaintiffs*

*/s/ Neil W. Blackmon*
**NEIL W. BLACKMON**
Of-Counsel to Haber Blank, LLP
NDFL Admission Pending
Florida Bar No. 86917
5800 NE 18th Avenue
Fort Lauderdale, FL 33334
(352) 672-1150
nwblackmon@gmail.com
*Co-counsel for Plaintiffs*