IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIM BONFIGLIO CAMPAIGN
and JIM BONFIGLIO, individually
and as an Elector of House District 89,

    Plaintiff,

v.                                      Case No.  4:18cv527-MW/CAS

KENNETH W. DETZNER, in his
official capacity as Florida Secretary
of State, et al.,

    Defendants.
_____/

ORDER GRANTING UNOPPOSED
EMERGENCY MOTION TO INTERVENE

This Court has considered, without hearing, the Unopposed Emergency Motion to Intervene filed by Bill Nelson for U.S. Senate and the Democratic Senatorial Campaign Committee.  ECF No. 32. The motion is **GRANTED.**  Any documents on behalf of the Intervenors must be filed by **Thursday, November 15, 2018, by 12:00 p.m**.

SO ORDERED on November 15, 2018.

                                                s/ MARK E. WALKER
                                                Chief United States District Judge